# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DENISE N. OLSZEWSKI | ) Case No. 1:19-CV-754 |
| | ) |
| *Plaintiff,* | ) Judge Christopher A. Boyko |
| | ) |
| -vs- | ) |
| | ) **MOTION FOR** |
| THE CLEVELAND CLINIC | ) **LEAVE TO FILE NOTICE** |
| FOUNDATION | ) **OF APPEARANCE OF COUNSEL** |
| | ) |
| *Defendant.* | ) |
| | ) |

Now comes Attorney Kami D. Brauer and hereby moves for leave to file her Notice of Appearance as counsel of record on behalf of Plaintiff Denise N. Olszewski in the above captioned matter, pursuant to Local R. 83.9. Ms. Brauer has provided written notice to Plaintiff and counsel for Defendant that she will be substituting as counsel of record for Attorney Fred M. Bean, from The Spitz Law Firm, LLC, who filed a Motion to Withdraw on February 4, 2020.

Respectfully submitted,

 */s/ Kami D. Brauer*
KAMI D. BRAUER #0071030
The Law Firm of Kami D. Brauer, LLC
700 West St. Clair Avenue, Suite 316
Cleveland, Ohio 44113
(P) 216-236-8537
(F) 216-621-7810
kamibrauer@kdbrauerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2017, the foregoing Motion for Leave to File Notice of Appearance of Counsel has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

                                                      _/s/ Kami D. Brauer_____
                                                      KAMI D. BRAUER #0071030