# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DENISE N. OLSZEWSKI        ) | Case No. 1:19-CV-754 |
|                             ) | |
|       *Plaintiff,*         ) | Judge Christopher A. Boyko |
|                             ) | |
| -vs-                        ) | |
|                             ) | **PLAINTIFF'S NOTICE OF** |
| THE CLEVELAND CLINIC        ) | **APPEARANCE OF COUNSEL** |
| FOUNDATION                  ) | |
|                             ) | |
|       *Defendant.*         ) | |
| _____) | |

The undersigned hereby enters her appearance as counsel of record for Plaintiff Denise N. Olszewski in the above captioned matter:

                    Kami D. Brauer, Esq. (#0071030)
                    The Law Firm of Kami D. Brauer, LLC
                    700 West St. Clair Avenue, Suite 316
                    Cleveland, Ohio 44113
                    (P) 216-236-8537
                    (F) 216-621-7810
                    kamibrauer@kdbrauerlaw.com


                                        Respectfully submitted,


                                         */s/ Kami D. Brauer*_____
                                        KAMI D. BRAUER #0071030
                                        The Law Firm of Kami D. Brauer, LLC
                                        700 West St. Clair Avenue, Suite 316
                                        Cleveland, Ohio 44113
                                        (P) 216-236-8537
                                        (F) 216-621-7810
                                        kamibrauer@kdbrauerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February, 2020, the foregoing Plaintiff's Notice of Appearance of Counsel has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

 _/s/ Kami D. Brauer_____
 KAMI D. BRAUER #0071030